IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LAWRENCE E. JONES SR., <br><br> Plaintiff, <br><br> vs. <br><br> OSCAR LOPEZ, Specialized Parole Officer (SPO); <br><br> Defendant. | 8:24CV237 <br><br> **MEMORANDUM AND ORDER** |

This matter is before the Court on Plaintiff's Motion to Amend and Supplemental Complaint ("Motion to Amend"), Filing No. 15, filed on March 7, 2025, and Plaintiff's correspondence dated April 20, 2025, and filed on April 30, 2025, Filing No. 16, which the Court construes as a motion to withdraw his Motion to Amend ("Motion to Withdraw"). In his Motion to Withdraw, Plaintiff states he "wish[es] to withdraw[] [his] recently sent Motion to Amend and Supplemental Petition" because he "mailed it after the decision was made on the Original [Complaint], so I don't want it to go before the Court." Filing No. 16. Upon consideration,

IT IS ORDERED that:

1.  Plaintiff's Motion to Withdraw, Filing No. 16, is granted, and his Motion to Amend, Filing No. 15, is withdrawn.

2.  The Clerk of the Court is directed to terminate the motion event for Filing No. 15 and amend the docket text to reflect that Filing No. 15 was withdrawn.

Dated this 1st day of May, 2025.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge